UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **ROBERT C. BROADWAY**<br>**LA. DOC #99478**<br>**VS.** | **CIVIL ACTION NO. 5:15-cv-0086**<br><br>**SECTION P** |
| | **JUDGE S. MAURICE HICKS** |
| **OFFICE OF THE DISTRICT**<br>**ATTORNEY** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this  4th  day of  January , 2016.

_____
**S. MAURICE HICKS**
**UNITED STATES DISTRICT JUDGE**